**ATTACHMENTS TO CIVIL COVER SHEET**

Plaintiff's attorneys:
Mark A. Vander Laan (0013297)
Angela S. Larsen (0105189)
Lizett M. Schreiber (0084708)
Ohio Justice and Policy Center
215 E 9th St. Suite 601
Cincinnati, OH 45202

Defendants:

Ohio Department of Rehabilitation and Correction (ODRC)—Chambers Smith, Annette; ODRC—Davis, Cynthia; ODRC—Luneke, Doug; ODRC—Fredrick, George; ODRC—Cool, Bill

Defendants' Attorney:

D. Chadd McKitrick
Senior Assistant Attorney General, Unit Coordinator
Criminal Justice Section, Corrections Litigation Unit
Office of Ohio Attorney General Dave Yost
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Daniel.McKitrick@OhioAGO.gov