# ODRC Policy/Operation Manual Variance Request

| | |
|---|---|
| Variance to ODRC Policy/Operation Manual #: 75-MAL-03 | Section(s): VI.A.4-5 |

| Policy/Operation Manual Name: | Incarcerated Population Legal Mail |
|---|---|

| Managing Officer or designee Submitting the Request: | Signature |
|---|---|
| Policy Owner Signature Margaret S Moore | *Margaret Moore* | Date: 3/27/2025 |

| Date of Request: Mar 27, 2025 | Length of Request: Expires 5/31/2025  ☐ 90 days ☐ 120 days ☐ 180 days ☒ other | Effective Date of Variance: April 01, 2025 | Applicable to: RCI |
|---|---|---|---|

**Please provide a full explanation of the requested variance including the justification for the request. Please be specific as to exactly what sections and language are being revised. Explain revision necessary prior to routine revision of the policy. (Attach additional sheets if necessary):**

Add Ross Correctional Institution to the pilot program for copying legal mail. See attached for additional details for revisions of subsection VI.A.4-5 during the pilot program at RCI.

**Comments:**
Defer to Ernie Moore, OOP Deputy Director.

☒ Recommended
☐ Not Recommended

Central Office Policy Review Chairperson: Jondrea K Parrish

Date: 3/27/2025

**Comments:**

☒ Recommended
☐ Not Recommended

Deputy Director or Regional Director: Ernie L Moore

Date: 3/27/2025

**Comments:**

☒ Recommended
☐ Not Recommended

Legal Signature: STEPHEN GRAY

Date: 3/28/2025

**Decision/Comments:**
Expires 5/31/2025 per Legal (M. Moore).

☒ Approved
☐ Disapproved

Director: Annette Chambers-Smith

Date: 3/28/2025

| **Expiration of Variance:** | ☐ 90 days | ☐ 120 days | ☐ 180 days | ☐ Next Revision |
|---|---|---|---|---|

**Expires 5/31/2025**

**EXHIBIT A-2**

**75-MAL-03 Variance (Effective 4/1/2025; Expires 5/31/2025)**

**Remove Current language in subsection VI.A.4-5 and insert subsection VI.B. below (for Lebanon Correctional Institution, Marion Correctional Institution, and Southern Ohio Correctional Facility, and Ross Correctional Institution).**

VI.B Legal Mail Procedures

1. Legal mail will be opened in the presence of the Incarcerated Person by a mailroom staff member or warden's designee in the designated legal mail area.

2. If anything is found to be suspicious, or needs further investigation, the entire document and the envelope will be confiscated. See section C for procedures concerning suspected contraband.

3. If the legal mail does not appear suspicious, or does not need further investigation, a designated staff member will proceed as follows:

    a. The staff member will copy the document in the presence of the Incarcerated Person using the designated legal mail copier with no memory capability and allow the Incarcerated Person to review the copy to ensure it contains the same number of pages as the original document.

    b. If the Incarcerated Person acknowledges that the copy contains the correct number of pages and is legible, the Incarcerated Person shall sign the Legal Mail Log (DRC2632) acknowledging that they were shown the original legal mail took possession of the copy. No additional copies will be made.

    c. Once the Incarcerated Person accepts the copy, the original document will be shredded in the presence of the Incarcerated Person using the designated legal mail shredding equipment.

    d. If the Incarcerated Person disputes that the copy matches the original, staff will check to see if an error was made, and if so, correct it.

    e. If the Incarcerated Person refuses to sign and acknowledge accepting the copy of the legal mail after any corrections have been made, the copy shall be shredded, and the original legal mail confiscated. The confiscated legal mail shall be returned to sender with "refused to accept delivery" placed on the outside of the envelope.

**75-MAL-03 Variance (Effective 4/1/2025; Expires 5/31/2025)**