**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**CINCINNATI, OH**

| | |
|---|---|
| **Ohio Justice and Policy Center**<br>*Plaintiff,*<br><br>vs.<br><br>**Annette Chambers Smith, et al.**<br>*Defendants.* | Case No:<br><br>Judge:<br><br>Magistrate Judge:<br><br><br>**DECLARATION OF ANGELA LARSEN** |

I, Angela Larsen, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1. I have personal knowledge of the facts stated herein.

2. I am employed as an attorney at the Ohio Justice and Policy Center. On February 27, 2025, I received in response to a Public Records Request I filed with the Ohio Department of Rehabilitation and Correction, the attached documents. One is a report of all incidents related to contraband and legal mail between 2020 and 2024, and the other is a chart showing the amount of incoming legal mail in ODRC facilities between January 2021 and December 2024.  These documents comprise pages 1-46 and 48 of Exhibit F.

3. Additionally, on April 25, 2025, I received in response to a Public Records Request a report of all incidents related to contraband and legal mail between January 1, 2025, and April 22, 2025. This document is page 47 of Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

**/s/Angela S. Larsen**

Angela S. Larsen

Dated: April 29, 2025