UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OH

| | |
|---|---|
| **Ohio Justice and Policy Center** <br> *Plaintiff,* <br><br> vs. <br><br> **Annette Chambers Smith, et al.** <br> *Defendants.* | Case No: <br><br> Judge: <br><br> Magistrate Judge: <br><br> **DECLARATION OF ANGELA LARSEN** |

I, Angela Larsen, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1. I have personal knowledge of the facts stated herein.

2. I am employed as an attorney at the Ohio Justice and Policy Center. On February 27, 2025, I received in response to a Public Records Request I filed with the Ohio Department of Rehabilitation and Correction, the attached documents. One is a report of all incidents related to contraband and legal mail between 2020 and 2024, and the other is a chart showing the amount of incoming legal mail in ODRC facilities between January 2021 and December 2024. These documents comprise pages 1-46 and 48 of Exhibit F.

3. Additionally, on April 25, 2025, I received in response to a Public Records Request a report of all incidents related to contraband and legal mail between January 1, 2025, and April 22, 2025. This document is page 47 of Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

**/s/Angela S. Larsen**

Angela S. Larsen

Dated: April 29, 2025