UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OH

Ohio Justice and Policy Center
*Plaintiff,*

vs.

Annette Chambers Smith, et al.
*Defendants.*

Case No:

Judge:

Magistrate Judge:

**DECLARATION OF DENNIS POINTER**

I, Dennis Pointer, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1. I am of sound mind and have personal knowledge of the facts stated herein.

2. This statement was made on 2/28/25, dictated to Attorney Angela Larsen at the Lebanon Correctional Facility, where I am incarcerated. My inmate ID is 280-895.

3. I received confidential legal mail on 1/3/2025. I was given a pass to the mailroom. The mail was from OJPC.

4. When I arrived, I was told to sign a paper indicating I had received it.

5. The mail was already open.

6. The mail was already copied.

7. I did not witness the opening or photocopying.

EXHIBIT D

8. I was not given a self-addressed stamped envelope, but the letter from OJPC said an envelope was enclosed.
9. I did not witness the original being shredded.
10. I do not know what happened to the original.
11. I know I received a photocopy because mailroom staff ~~take~~ took paper out of the copier and handed the paper to me.
12. Approximately a week ago, I received a second letter from OJPC that was legal mail.
13. I went to the mailroom and ~~was again instructed to sign for the clipboard~~ legal mail was again instructed to sign for the
14. ~~As I was signing for the mail,~~ After I signed for the mail, I received some paper from mailroom staff.
15. I did not see mailroom staff open the letter.
16. ~~She~~ Mailroom staff showed me a letter outside of the envelope, and then copied the letter while I was signing for the mail.
17. I was given the photocopy. I do not know if the original was shredded.

I declare under penalty of perjury that the foregoing is true and correct.

*Dennis Pointer* #280-895

Dennis Pointer