UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OH

| | |
|---|---|
| **Ohio Justice and Policy Center** <br> *Plaintiff,* <br><br> vs. <br><br> **Annette Chambers Smith, et al.** <br> *Defendants.* | Case No: 1:25-cv-291 <br><br> Judge: Douglas R. Cole |

---

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (Doc. 24) AND DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Doc. 25)**

---

The Parties, by and through their respective counsel, hereby stipulate, in accordance with Local Rule 7.3(a) that Plaintiff may file their Memorandum in Opposition to Defendants' Motion to Dismiss (Doc. 24) and file their Reply in Support of Plaintiff's Motion for Preliminary Injunction (responding to Doc. 25) by July 22, 2025.

Respectfully Submitted,

**/s/Mark A. Vander Laan**
Mark A. Vander Laan (0013297)
Trial Attorney for Plaintiff
Angela S. Larsen (0105189)
Lizett M. Schreiber (0084708)
Attorneys for Plaintiff
Ohio Justice and Policy Center
215 E. 9th Street, Suite 601
Cincinnati, Ohio 45202
(513) 421-1108
(513) 562-3200 (fax)
mvanderlaan@ohiojpc.org
alarsen@ohiojpc.org
lschreiber@ohiojpc.org


DAVE YOST
Ohio Attorney General


**/s/D. Chadd McKitrick (per authorization 7/7/25)**
D. CHADD MCKITRICK (0073750)*
    *Lead Counsel
B. ALEXANDER KENNEDY (0093870)
Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233/F: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov
Brandon.Kennedy@OhioAGO.gov

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, the foregoing was filed with the Court's electronic filing system.

**/s/Mark A. Vander Laan**
Mark A. Vander Laan (0013297)