UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OH

| | |
|---|---|
| **Ohio Justice and Policy Center** *Plaintiff,* vs. **Annette Chambers Smith, et al.** *Defendants.* | Case No: 1:25-cv-291 <br><br> Judge: Douglas R. Cole <br><br> **PROPOSED ORDER** |

Plaintiff Ohio Justice and Policy Center respectfully submits this Proposed Order in reference to ECF No. 26, the Parties' Stipulation for an Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. 24) and Defendants' Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 25).

                                                                                                           Respectfully Submitted,

                                                             **/s/Mark A. Vander Laan**
                                                             Mark A. Vander Laan (0013297)
                                                             Angela S. Larsen (0105189)
                                                             Lizett M. Schreiber (0084708)
                                                             Attorney for Plaintiff
                                                             Ohio Justice and Policy Center
                                                             215 E. 9th Street, Suite 601
                                                             Cincinnati, Ohio 45202
                                                             (513) 421-1108
                                                             (513) 562-3200 (fax)
                                                             mvanderlaan@ohiojpc.org
                                                             alarsen@ohiojpc.org
                                                             lschreiber@ohiojpc.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OH

| | |
|---|---|
| **Ohio Justice and Policy Center** <br> *Plaintiff,* <br><br> vs. <br><br> **Annette Chambers Smith, et al.** <br> *Defendants.* | Case No: <br><br> Judge: <br><br> Magistrate Judge: <br><br> **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO O DEFENDANTS' MOTION TO DISMISS (Doc. 24) AND DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Doc. 25)** |

Per agreement of the Parties, Plaintiff Ohio Justice and Policy Center may file their Memorandum in Opposition to Defendants' Motion to Dismiss (Doc. 24) and file their Reply in Support of Plaintiff's Motion for Preliminary Injunction (responding to Doc. 25) by July 22, 2025.

**IT IS SO ORDERED.**

DATE: _____                            _____

HONORABLE DOUGLAS R. COLE
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, the foregoing was filed with the Court's electronic filing system.

**/s/Mark A. Vander Laan**
Mark A. Vander Laan (0013297)