AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| OHIO JUSTICE AND POLICY CENTER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-291-DRC |
| ANNETTE CHAMBERS SMITH, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, the Cleveland Metropolitan Bar Association.

Date: 09/29/2025

/s/ Louis E. Grube
*Attorney's signature*

Louis E. Grube (Ohio Bar #0091337)
*Printed name and bar number*
Terminal Tower, 40th Floor
50 Public Square
Cleveland, OH  44113

*Address*

leg@pwfco.com
*E-mail address*

(216) 344-9393
*Telephone number*

(216) 344-9395
*FAX number*