# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **OHIO JUSTICE AND POLICY CENTER,** | CASE NO. 1:25-cv-291-DRC |
| Plaintiff, | |
| *vs.* | JUDGE DOUGLAS R. COLE |
| **ANNETTE CHAMBERS SMITH,** *et al.*, | NOTICE OF SUBSTITUTION OF COUNSEL |
| Defendants. | |

### NOTICE

Amicus Curiae, the Cleveland Metropolitan Bar Association ("CMBA") gives notice of substitution of attorney Louis E. Grube in place of attorney Kendra N. Davitt, who were attorneys from the same firm until today. *S.D. Ohio Civ. R. 83.4(b)*. Attorney Davitt accepted a position with the Cuyahoga County Court of Common Pleas, and she will be unable to continue as counsel in this matter. *Ohio Jud. Cond. R. 2.12, 3.10*. Consequently, attorney Grube will substitute in her place as lead attorney for Amicus Curiae CMBA. Attorney Davitt should be removed from all notices and terminated from the docket.

Respectfully submitted,

*/s/ Louis E. Grube*

Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**
Terminal Tower, 40th Floor
50 Public Square
Cleveland, Ohio  44113
(216) 344-9393
leg@pwfco.com

*Counsel for Amicus Curiae,*
*The Cleveland Metropolitan Bar Association*

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
Fax:  (216) 344-9395

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2025, the foregoing **Notice** was filed electronically. Service of this filing will be sent to all parties by operation of the court's electronic filing system. *S.D. Ohio Civ. R. 5.2(b)*. Parties may access this filing through the court's system.

*/s/ Louis E. Grube*
Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**

*Counsel for Amicus Curiae,*
*The Cleveland Metropolitan Bar Association*

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

2