UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OH

| | |
|---|---|
| **Ohio Justice and Policy Center**<br>*Plaintiff,*<br><br>vs.<br><br>**Annette Chambers Smith, et al.**<br>*Defendants.* | Case No: 1:25-cv-291-DRC<br><br>Judge: Douglas R. Cole<br><br>Magistrate Judge:<br><br>**<u>PROPOSED ORDER</u>** |

Plaintiff Ohio Justice and Policy Center respectfully submits this Proposed Order in reference to ECF No. 35, Plaintiff's Unopposed Motion for Leave to File a Second Amended and Supplemental Complaint Pursuant to Rule 15(d).

 

Respectfully Submitted,

**/s/Mark A. Vander Laan**
Mark A. Vander Laan (0013297)
Angela S. Larsen (0105189)
Lizett M. Schreiber (0084708)
Attorney for Plaintiff
Ohio Justice and Policy Center
215 E. 9th Street, Suite 601
Cincinnati, Ohio 45202
(513) 421-1108
(513) 562-3200 (fax)
mvanderlaan@ohiojpc.org
alarsen@ohiojpc.org
lschreiber@ohiojpc.org
Dated: June 5, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
# CINCINNATI, OH

| | |
|---|---|
| **Ohio Justice and Policy Center**<br>*Plaintiff,*<br><br>vs.<br><br>**Annette Chambers Smith, et al.**<br>*Defendants.* | Case No: 1:25-cv-291<br><br>Judge: Douglas R. Cole<br><br>Magistrate Judge:<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT PURSUANT TO RULE 15(d).** |

On September 30, 2025, Plaintiff Ohio Justice and Policy Center ("OJPC") filed an Unopposed Motion for Leave to File a Supplemental Complaint Pursuant to Rule 15(d).

The Court, having considered the Motion and the documents filed therewith, hereby GRANTS Plaintiff's Motion for Leave to File a Supplemental Complaint Pursuant to Rule 15(d).

**IT IS SO ORDERED.**

DATE: _____  _____

HONORABLE DOUGLAS R. COLE

United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, the foregoing was filed with the Court's electronic filing system.

**/s/Mark A. Vander Laan**
Mark A. Vander Laan (0013297)
