**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **Ohio Justice and Policy Center,** | : | |
| | : | **Case No. 1:25-cv-00291** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Judge Cole** |
| | : | |
| **Annette Chambers Smith*, et al.,*** | : | **Magistrate Judge Bowman** |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED AND SUPPLEMENTAL COMPLAINT [DOC. 37]**

NOW COME Defendants Annette Chambers-Smith, Cynthia Davis, George Fredrick, Mike Marinich, Tim Shoop, Ryan Walters, Gary Galloway, Malcolm Heard, Aaron Mohr, V. Michael Fisher, Erin Maldonado, and Michael Swartz, and hereby renew their motion, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss the claims of Plaintiff, Ohio Justice and Policy Center as stated in its Amended and Supplemental Complaint.  [Doc. 37].

This Court lacks subject matter jurisdiction over Plaintiff's claims due to the fact that Plaintiff lacks standing to bring its claims.  Plaintiff additionally fails to state claims upon which relief may be granted.  Defendants hereby restate the facts, law, and authority cited within their original motion to dismiss and memoranda filed in support of the same as if fully restated herein. [Docs. 24 and 32].

The grounds for this motion are more fully described in the memorandum in support set forth below.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*s/ D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7661/F: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov

*Trial Counsel for Defendants*

2

**MEMORANDUM IN SUPPORT**

Plaintiff Ohio Justice and Policy Center ("OJPC") filed a Second Amended and Supplemental Pleading against Defendants Annette Chambers-Smith, the Director of the Ohio Department of Rehabilitation and Correction ("ODRC"), and Cynthia Davis, George Fredrick, Doug Luneke, Bill Cool, Ryan Walters, Tim Shoop, Malcolm Heard, Aaron Mohr, Jenny Hildebrand, Erin Maldonado, and Michael Swartz, all wardens of correctional institutions under the purview of ODRC. [Doc. 37]. In its First Amended and Supplemental Complaint, OJPC sought a declaratory judgment from the Court finding that a recently promulgated variance to ODRC's mail policy, ODRC Policy No. 75-MAL-03, "violates the First and Fourteenth Amendments of the [United States] Constitution as applied to OJPC attorneys and its incarcerated clients." [Doc. 23, PageID 623, ¶ 143]. Thereafter, Defendants filed a motion to dismiss OJPC's claims on the basis that it lacked standing to bring its claims and that it failed to state a claim upon which relief may be granted. After the parties briefed the relevant motion, ODRC amended its primary Legal Mail Policy, i.e., ODRC Policy No. 75-MAL-03, as of September 23, 2025, to incorporate all of the policies and practices promulgated under the variances as its full Legal Mail Policy moving forward.

ODRC's adoption of the policies and practices under the variance into its Legal Mail Policy required OJPC to amend its pleading to address the technical change. This amendment was discussed at the September 23, 2025, telephone status conference before the Court. [Doc. 33B]. However, the issues remained the same. ODRC Policy No. 75-MAL-03 requires mailroom staff at ODRC correctional institutions to open legal mail in the presence of the intended incarcerated

3

recipient, copy the same using a copier with no memory capability, and deliver a full copy of the legal mail to the incarcerated recipient while shredding the original legal mail.

OJPC claims that ODRC Policy No. 75-MAL-03 violates their First and Fourteenth Amendment rights along with the First and Fourteenth Amendment rights of its incarcerated clients.

When OJPC stated it would likely file a Second Amended and Supplemental Complaint to address the new developments, the Court inquired whether Defendants would renew their motion to dismiss, and the undersigned stated that Defendants would renew their motion. In response, the Court instructed Defendants to renew their motion and incorporate the facts, law, and authority cited in their earlier motion to dismiss as if fully restated herein. Furthermore, some of the defendant wardens have been replaced and substituted as party defendants since the commencement of this action.

The Court should dismiss OJPC's claims due to the Court's lack of subject matter jurisdiction in accordance with Fed. R. Civ. P. 12(b)(1). OJPC lacks standing to bring the claims on its behalf or on behalf of its clients, as they have not plausibly pled that it, or its clients, suffered a concrete and particularized "injury in fact." *Miller v. Collins*, No. 23-3191, 2023 U.S. App. LEXIS 29681, * 7, 2023 WL 7303305 (6th Cir. Nov. 6, 2023) (citing *Friends of the Earth, Inc. v. Laidlaw Env't Servs. (TOC), Inc.*, 528 U.S. 167, 180-81 (2000) in turn citing *Lujan v. Defs. Of Wildlife*, 504 U.S. 555, 560-561). Instead of alleging that it, or its clients, suffered any concrete and particularized injury in fact, OJPC has only alleged that it will suffer a highly speculative injury should the Legal Mail Variance not be declared unconstitutional.

In the alternative that the Court finds OJPC does have standing to bring its claims, the Court should dismiss its claims for the failure to state a claim upon which relief may be granted.

OJPC has not plausibly alleged a First Amendment violation upon which relief may be granted. Additionally, OJPC, and its clients, are not entitled to protection under the Fourteenth Amendment's Due Process Clause solely as it relates to application of the attorney-client privilege.

In making this renewed motion, Defendants hereby reference the facts, law, and authority cited within its original motion and supporting memoranda and incorporate the same as if fully restated herein. [Docs. 24 and 32]. For the reasons stated therein, the Court should dismiss OJPC's claims in their entirety for a lack of subject matter jurisdiction and its failure to state a claim upon which relief may be granted.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*s/ D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7661/F: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov

*Trial Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Defendants' Renewed Motion to Dismiss Plaintiff's Second Amended and Supplemental Complaint* was electronically filed on October 14, 2025. Notice of this filing will be sent to counsel for all parties via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General